UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.                                                    No.   CV 16-578 KG/GJF
                                                                 CR 15-1023 KG

JESSE ANTILLON,

    Defendant-Petitioner.

## ORDER

Not later than March 16, 2017, Defendant-Petitioner shall file a supplemental brief explaining why this motion should not be denied and this matter dismissed pursuant to the United States Supreme Court's decision in *Beckles v. United States*, 580 U.S. ___ (2017).[1] The United States may, but is not required to, file a response not later than March 23, 2017.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE

---

[1] No. 15-8544, 2017 WL 855781 (U.S. Mar. 6, 2017).